IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA NGUYEN and HOAN NGUYEN, individually and on behalf of a class of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 11-cv-2612 |
| SOUTH CENTRAL BANK, N.A., | ) ) ) | |
| Defendant/Third Party Plaintiff, | ) ) ) | |
| v. | ) ) | Magistrate Judge Denlow (consent filed) |
| STAR PROCESSING, INC., | ) ) | |
| Third Party Defendant. | ) ) | |
| ANGELA JONES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 11-cv-4389 (reassigned as related to 11-cv-2612) |
| v. | ) ) | |
| SOUTH CENTRAL BANK, N.A., | ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF CHARLES RUDY

Pursuant to 28 U.S.C. §1746, Charles Rudy, under penalty of perjury, states as follows:

1. I submit this declaration in support of the parties' Joint Motion for Preliminary Approval of Class Action Settlement.

{00057699}

2.  Defendant South Central Bank National Association (South Central Bank) is a national bank organized under federal law with its principal place of business in Chicago, Illinois.

3.  I am the senior vice president and chief financial officer of South Central Bank, N.A.

4.  My duties and responsibilities for South Central Bank include oversight of South Central Banks automated teller machines (ATMs) and dealing with our former ATM processing vendor, Defendant Star Processing, Inc. (Star Processing).

5.  I am familiar with the way the ATM machines operate and with the information provided to South Central Bank from Star Processing.

6.  During the class period there were over 12,000 ATM transactions which took place.

7.  ATMs do not record the identity of any user; they only record the card number of the user, and the financial data of the particular transaction.

8.  Star Processing did not produce any report to South Central Bank that identified the persons that used the ATMs.

9.  In order to identify each potential class member, South Central Bank would have to recover the detailed transaction data for ATM transactions.

10. South Central Bank would then have to determine the identity of the financial institution for each transaction.

11. South Central Bank would then have to serve a subpoena on each such financial institution seeking the disclosure the identity of each owner of the account in which the particular ATM transactions occurred.

{00057699}

12. South Central Bank's liability in this matter is limited to approximately $190,000.00 under 15 U.S.C. §§ 1693m(a)(1) and (a)(2)(B)(ii).

13. Serving subpoenas on financial institutions for 12,000 transactions would be impractical and prohibitively expensive given the amount of money at stake in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 9th day of July 2012, at Chicago, Illinois.

Charles Rudy

{00057699}